AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana

| | | |
|---|---|---|
| SJB GROUP, LLC & CATLIN INSURANCE CO., INC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  12-181-BAJ-DLD |
| TBE GROUP, INC. | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Louis G. Fey, Jr., CPCU, CIC, AIC

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See Attached Exhibit "A"

| Place: Adrian G. Nadeau, Long Law Firm, One United Plaza, Ste. 500, Baton Rouge, LA 70809 | Date and Time: 06/07/2013 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  05/23/2013

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*         OR         *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Ashley Belleau, attorney for TBE Group who has retained Louis G. Fey, as an expert. 504-585-3200 , who issues or requests this subpoena, are: Adrian G. Nadeau, attorney who represents SJB Group.

UNITED STATES DISTRICT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SJB GROUP, LLC AND<br>CATLIN INSURANCE COMPANY, INC.<br><br>*Plaintiffs,*<br><br>VS.<br><br>TBE GROUP, INC.<br><br>*Defendant.* | § § § § § § § § § § § § | CIVIL ACTION NO. 12-181-BAJ-DLD |

## EXHIBIT "A" TO SUBPOENA DUCES TECUM

1) Any and all documents relating to each and every instance wherein you obtained Additional Insured coverage for an architect, engineer or other design professional client including without limitation the policy, endorsement of other form showing the extent of such coverage.

2) For each and every instance wherein you obtained Additional Insured coverage for an architect, engineer or other design professional client, please produce any and all documents in your possession showing the relationship between the Named Insured and respective Additional Insured(s).